THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Troyell
 Scarborough, Appellant.
 
 
 
 
 

Appeal From Lee County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2009-UP-576
 Submitted November 2, 2009  Filed
December 3, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for
 Respondent.
 
 
 

PER CURIAM:  Troyell Scarborough appeals from his guilty plea to resisting arrest with
 a deadly weapon, strong armed robbery, failure to stop for a blue light, and
 assault and battery of a high and aggravated nature, arguing his guilty plea
 failed to conform with the mandates set forth in Boykin v. Alabama, 395
 U.S. 238 (1969).  After a
 thorough review of the record and brief, pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.